UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 13 B 20007
                                                CHAPTER 13
Thomas M. Anderson
Janice Anderson                                 JUDGE DONALD R CASSLING

      DEBTORS                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 6 | XXXXXX4206 | $13,139.44 | $13,139.44 | $13,139.44 |
| Total Amount Paid by Trustee | | | | | $13,139.44 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-20007-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 11th day of May, 2018.

Debtor:
Thomas M. Anderson
Janice Anderson
1806 N. Kaspar Ave.
Arlington Heights, IL 60004

Attorney:
LAVELLE LEGAL SERVICES LTD
501 W COLFAX ST
PALATINE, IL 60067
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO BANK
% WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
DES MOINES, IA 50328-0001

Mortgage Creditor:
Home Equity of America, Inc
1000 E. 80th Place N Tower
Merrillville, IN 46410

Creditor:
WELLS FARGO BANK
% WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
DES MOINES, IA 50328-0001

ELECTRONIC SERVICE - United States Trustee

Date: May 11, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603